IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

K.B., by GUARDIAN SUZANNE BLADE THOMPSON; SUZANNE BLADE THOMPSON; and JAMES BLADE.

Plaintiffs,

v.

SAMUEL FIES; THE TOWN OF HIGHLAND; SCHOOL TOWN OF HIGHLAND; and RONALD FRAZIER.

Defendants.

CASE NO. 2:17-CV-474

**JOINT NOTICE OF REMOVAL**

Defendants, Samuel Fies, the Town of Highland, and the School Town of Highland, by counsel, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §1446, file their Joint Notice of Removal of this cause to United States District Court for the Northern District of Indiana, Hammond Division, from the Lake Circuit Court, Indiana, Cause No.45C01-1711-CT-00175. In support of this motion, Defendants state:

1. Plaintiffs filed their Complaint in Lake County Circuit Court alleging various claims against the Defendants including claims brought pursuant to 42 U.S.C.§1983, claiming that defendants violated Plaintiff's Fourteenth Amendment rights and claims pursuant to Title IX 20 U.S.C. § 1681(a).

2. 28 U.S.C. §1441(a) and (b) provide that any civil action brought in a state court over which the district courts have original jurisdiction, as founded on a claim or

right under the Constitution, shall be removable without regard to citizenship or residence of the parties.

3. Here, jurisdiction is founded on federal question jurisdiction by virtue of the constitutional claims set forth in Plaintiffs' Complaint. Jurisdiction exists, therefore, in the district court and the cause of action is subject to removal.

4. The Defendants' Joint Notice of Removal is filed within 30 days after service of the Complaint on the latest-served Defendant, Samuel Fies, in accordance with 28 U.S.C. §1446(b).

5. All three (3) named Defendants that have been served in this matter join in the removal to District Court, and consent to removal by endorsement and signature below by their counsel, pursuant to 28 U.S.C. §1446(b).

6. There is an additional Defendant, Ronald Frazier, who has not yet been served in this matter. It is well-settled that a defendant does not become an official party to an action until that defendant is served. *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 119 S.Ct. 1322, 1327 (1999). Therefore, it is not required that Defendant, Ronald Frazier, join in this Joint Notice of Removal. 28 U.S.C. §§1441(c), 1446(b).

7. The Defendants submit herewith copies of all process, pleadings and orders served upon them, in accordance with 28 U.S.C. §1446(a).

WHEREFORE, the Defendants file their Joint Notice of Removal, removing this cause from the Lake County Circuit Court to the United States District Court for the Northern District of Indiana, Hammond Division.

Date: December 22, 2017

Respectfully submitted,

/s/ Michael J. Katz
Michael J. Katz, Esq. #5084-45
Goodman, Katz, Koonce & Maroc
9013 Indianapolis Boulevard
Highland, IN 46322
Phone: (219) 838-9200
E-mail: jmk4law@aol.com
*Attorney for Samuel Fies*

/s/ Rhett L. Tauber and /s/ Tara K. Tauber
Rhett L. Tauber, Esq. #807-45
Tara K. Tauber, #26671-64
Tauber Law Offices
1415 Eagle Ridge Drive
Schererville, IN 46375
Phone: (219) 865-6666
E-mail: rtauber@tauberlaw.com
ttauber@tauberlaw.com
*Attorneys for School Town of Highland and the Town of Highland*

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of December, 2017, I electronically filed the above and foregoing pleading or paper with the Clerk of the United States District Court for the Northern District of Indiana using the ECF system which sent notification to all counsel of record.

/s/ Rhett L. Tauber and /s/ Tara K. Tauber
Rhett L. Tauber, Esq. #807-45
Tara K. Tauber, #26671-64
Tauber Law Offices
1415 Eagle Ridge Drive
Schererville, IN 46375
Phone: (219) 865-6666
E-mail: rtauber@tauberlaw.com
ttauber@tauberlaw.com

J. Michael Katz, Esq.
Goodman, Katz, Koonce & Maroc
9013 Indianapolis Blvd.
Highland, IN 46322
(219) 838-9200
JMK4law@aol.com
*Attorney for Defendant, Samuel J. Fies*

Michael L. Deppe, Esq.
Benjamin Waite, Esq.
Law Office of Michael Deppe
3940 West 37th Avenue
Hobart, IN 46342
(219) 962-5900
acornejo@deppelaw.com
benjamin.waite@outlook.com
*Attorney for Plaintiffs*

Ronald W. Frazier
12214 Ridgeside Drive
Indianapolis, IN 46256
*Defendant, Pro Se to date*