IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| K.B., by Guardian Suzanne Blade Thompson; SUZANNE BLADE THOMPSON; and JAMES BLADE,<br>　　Plaintiffs<br><br>　　　　-v-<br><br>SAMUEL FIES; SCHOOL TOWN OF HIGHLAND; and RONALD FRAZIER,<br>　　Defendants | Case No.:  2:17-CV-474 TLS-JEM |

# RESPONSE AND WAIVER TO FINDINGS, REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE PURSUANT TO 28 U.S.C. § 636(b)(1)(B) & (C)

Comes now Defendant Samuel Fies, by counsel, J. Michael Katz of GOODMAN KATZ KOONCE & MAROC, and for his Response and Waiver to the Findings, Report, and Recommendation of the United Sates Magistrate Judge Pursuant to 28 U.S.C. §636(b)(1)(B) & (C) states the following:

1.　Defendant Samuel Fies has no objection to such Findings, Report and Recommendation with regard to Defendant Fies' Motion for Sanctions [Doc. No. 70] filed March 3rd, 2019.

2.　Since the issuance of such Recommendation [Doc. No. 87] of the Magistrate Judge on June 17th, 2019, counsel for Plaintiff and counsel for Defendant Fies have been in regular communication with regard to the discovery matters at issue in this cause.

3. That said counsel are in agreement that the deposition of the Plaintiff, K.B., shall precede that of Defendant Fies, with the dates for each to be scheduled within the time parameters set by the Court at the time of the June 27th status conference for which an order regarding those proceedings remains pending.

4. Pursuant to the agreement between counsel for the Plaintiff and counsel for Defendant Fies, Defendant Fies waives any claim for the imposition of sanctions against Plaintiff.

ALL OF WHICH is submitted to the Court this 1st day of July 2019.

          GOODMAN KATZ KOONCE & MAROC

          By:    /s/   J. Michael Katz
                 J. MICHAEL KATZ
          Indiana Attorney Number: 5084-45
          Attorney for Defendant,
           Samuel Fies
          9013 Indianapolis Boulevard
          Highland, Indiana 46322
          (219) 838-9200 *(ofc.)*
          (219) 972-7110 *(fax)*

# V E R I F I C A T I O N

GOODMAN KATZ KOONCE & MAROC, by J. MICHAEL KATZ, affirms under the penalties for perjury that said law firm is the attorney for the Defendant Samuel Fies and that the above and foregoing representations are true and correct.

          GOODMAN KATZ KOONCE & MAROC

          By:    /s/   J. Michael Katz
                 J. MICHAEL KATZ

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| K.B., by Guardian Suzanne Blade Thompson; SUZANNE BLADE THOMPSON; and JAMES BLADE,<br>　　Plaintiffs<br><br>-v-<br><br>SAMUEL FIES; SCHOOL TOWN OF HIGHLAND; and RONALD FRAZIER,<br>　　Defendants | Case No.:  2:17-CV-474 JVB-APR |

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 1st, 2019, he has electronically filed the above and foregoing Response and Waiver to the Findings, Report, and Recommendation of the United Sates Magistrate Judge Pursuant to 28 U.S.C. §636(b)(1)(B) & (C) with the Clerk of the United States District Court for the Northern District of Indiana using the CM/ECF system.

　　　　　　　　　　　　　　　　　　　GOODMAN KATZ KOONCE & MAROC

　　　　　　　　　　　　　　　　　　　By:    /s/   J. Michael Katz
　　　　　　　　　　　　　　　　　　　　　　　J. MICHAEL KATZ
　　　　　　　　　　　　　　　　　　　Indiana Attorney Number: 5084-45
　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　 SAMUEL FIES
　　　　　　　　　　　　　　　　　　　9013 Indianapolis Boulevard
　　　　　　　　　　　　　　　　　　　Highland, Indiana 46322
　　　　　　　　　　　　　　　　　　　(219) 838-9200 *(ofc.)*
　　　　　　　　　　　　　　　　　　　(219) 972-7110 *(fax)*
　　　　　　　　　　　　　　　　　　　*E-mail*: JMK4Law@aol.com